UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

Case No.  2:23-cr-07

Plaintiff,

v.

Hon.  Robert J. Jonker

Nathan Weeden

Defendant.

**DEFENDANT'S INITIAL PRETRIAL
CONFERENCE SUMMARY STATEMENT**

Defendant  _____Nathan Weeden_____ , through his/her attorney,
submits the following initial pretrial conference summary statement.

I.    DISCOVERY

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant   ☒ will    ☐ will not provide reciprocal discovery.

II.   TRIAL

The defendant requests a   ☒ jury   ☐ non-jury  trial.

III.  MISCELLANEOUS

☐ This case may be appropriate for expedited resolution and sentencing.  Defendant
consents to preparation of an expedited sentencing report and waives the
applicable provisions established in Rule 32(e)(1)(2) and (f)(1)(2)(3) of the Federal
Rules of Criminal Procedure; this does not obligate defendant to plead guilty.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's
representation of defendant.  Counsel will immediately advise the court if any such
conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV.   OBLIGATIONS

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense
Counsel section available at the court's website, www.miwd.uscourts.gov >>
Attorney Information >> Criminal Case Information.

Date  _____June 30, 2023_____          _____/s/ Elizabeth A. LaCosse_____
                                          Counsel for Defendant

(Rev. 07/27/2015)