UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHAN WEEDEN.

    Defendant.

_____/

CASE NO. 2:23-CR-7

HON. ROBERT J. JONKER

## VERDICT FORM

We, the members of the jury, unanimously find as follows:

### A. Count 1 – Conspiracy Against Rights (18 U.S.C. § 241)

1. As to Count 1 of the Indictment, charging Defendant with Conspiracy Against Rights, we unanimously find the Defendant:

   ☐ Not Guilty    ☒ Guilty

   *If you found the Defendant "Not Guilty," skip the question below and proceed to Part B on the next page. Otherwise, answer the question below.*

   If you determined the Defendant, Nathan Weeden, "Guilty," do you unanimously find the government proved beyond a reasonable doubt that a member of the conspiracy performed one of the overt acts described in the Indictment for the purpose of advancing or helping the conspiracy?

   ☒ Yes    ☐ No

   *Proceed to Part B on the next page.*

**B.**     **Count 2 – Damaging Religious Property (18 U.S.C. § 247(c))**

2.    As to Count 2 of the Indictment, charging Defendant with Damaging Religious Property, we unanimously find the Defendant:

☐     Not Guilty                  ☒     Guilty

01/25/24
DATE

_____
JURY FOREPERSON