UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:23-CR-7-RJJ

vs.        Hon. Robert J. Jonker
        United States District Judge

NATHAN WEEDEN,

        Defendant.

_____/

**DEFENDANT NATHAN WEEDEN'S MOTION FOR DOWNWARD VARIANCE**

Defendant Nathan Weeden, by and through his attorney, Heath M. Lynch of SBBL LAW, PLLC, respectfully moves this Court, pursuant to 18 U.S.C. § 3553(a) and for the reasons set forth in the accompanying brief, for a downward variance from the applicable sentencing guidelines range.

        Respectfully submitted,

Dated: May 21, 2024        */s/ Heath M. Lynch*
        Heath M. Lynch
        Attorney for Defendant
        SBBL LAW, PLLC
        60 Monroe Center St NW, #500
        Grand Rapids, MI 49503
        heath@sbbllaw.com
        616-458-5500